# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-1406
LT Case No. 1991-2561-CFAES

———————————————

VIRGINIA LARZELERE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Shirley Bates, of The Law Office of Shirley L. Bates, Tallahassee, for Appellant.

No Appearance for Appellee.

September 26, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____